UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

CHARLENE M. WOOD and
BRENARD WOOD,                                              No. 13-13-11284 TL

       Debtors.

### SCHEDULING ORDER FROM PRELIMINARY CONFIRMATION HEARING

THIS MATTER came before the Court on January 14, 2014 for a preliminary hearing on confirmation of the Debtor's Sixth Amended Chapter 13 Plan, doc. 81, and on Trustee's Motion to Dismiss, doc. 87. Counsel and parties are listed below. Being sufficiently advised, the Court ORDERS:

A final hearing on confirmation of the plan and on the motion to dismiss is set for March 21, 2014 at 9:00 a.m. on a trailing docket, in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue, SW, Albuquerque, New Mexico 87102, and by video-conference in the United States Courthouse and Federal Building, U.S. Probation intake desk, first floor, 100 North Church, Las Cruces, New Mexico. Parties in the Albuquerque area must appear at the above address. Parties in the Las Cruces area may appear by video-conference at the Las Cruces address. Those wishing to appear in Las Cruces must appear at least one half hour before the hearing. Las Cruces participants should contact Judge Thuma's chambers at least 3 days in advance with the names of all persons attending the

hearing. Exhibits must be submitted to all opposing parties and to Judge Thuma's chambers in Albuquerque one day in advance of the hearing.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered On Docket: 1/15/14

Copies to:

Kelley Skehen
625 Silver S.W., Ste. 350
Albuquerque, NM 87102

Jakub F. Sherman
210 Silver Ave.
Deming, NM 88030

James C Jacobsen
111 Lomas N.W. Ste 300
Albuquerque, NM 87102-2368

Elizabeth A. Garcia
New Mexico Dept. of Workforce Solutions
P.O. Box 1928 Legal Section
Albuquerque, NM 87103